**FILED**

APR - 2 2009

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA ) 
) No. 09 CR 271
)
v. ) Violation: Title 18, United
) States Code, Section 844(e)
MOHAMMAD ALKARAMLA )

JUDGE PALLMEYER

MAGISTRATE JUDGE SCHENKIER

The SPECIAL JANUARY 2009 GRAND JURY charges:

On or about December 30, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

MOHAMMAD ALKARAMLA,

defendant herein, through the use of the United States mail, willfully made a threat concerning an attempt to be made to kill, injure, and intimidate individuals and unlawfully to damage and destroy a building and other real property by means of an explosive;

In violation of Title 18, United States Code, Section 844(e).

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2009 GRAND JURY charges:

1.      The allegation of this Indictment is realleged and incorporated herein by reference for the purpose of alleging that certain property is subject to forfeiture to the United States, pursuant to the provisions of Title 18, United States Code, Section 982(2)(b).

2.      As a result of his violation of Title 18, United States Code, Section 844(e), as alleged in the foregoing Indictment,

### MOHAMMAD ALKARAMLA,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(2)(b): (1) any property, constituting or derived from, proceeds obtained, directly or indirectly, as a result of the violation; and (2) any and all of property used, and intended to be used, in any manner or part, to commit and facilitate the commission of the violation.

3.      The interests of the defendant subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 982(2)(b), include, but are not limited to, the following: A Sony VAIO laptop computer.

4.      If the property described above as being subject to forfeiture pursuant to Title 18, United States Code, Section 982(2)(b), as a result of any act or omission by the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

    e.      has been commingled with other property which cannot
be subdivided without difficulty,

it is the intent of the United States to seek forfeiture of substitute property belonging to defendant

under the provisions of Title 18, United States Code, Section 982(2)(b).

All pursuant to Title 18, United States Code, Section 982(2)(b).

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY

-3-