UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


UNITED STATES OF AMERICA )
)  No. 09 CR 271
v. )
)  Judge Rebecca Pallmeyer
MOHAMMAD ALKARAMLA )


GOVERNMENT'S AMENDED LIST OF POTENTIAL WITNESSES

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully submits the Government's List of Potential Witnesses who may be called by the Government in its case in chief at trial. The Government also may add additional witnesses to this List of Potential Witnesses and will file an amended list as needed.

1.  FBI Special Agent D. Alan Bloniarz II
2.  FBI TFO Carrie Byrne
3.  FBI Special Agent Brian Clark
4.  FBI Special Agent Matthew Dahl
5.  RCFL Director John Dziedzic
6.  Chani Friedman
7.  FBI Acting SSA Patrick Geahan
8.  FBI Special Agent Mark Green
9.  FBI Special Agent Mark Gutknecht
10.  Michael Hanrahan
11.  ISP Forensic Scientist Peggy Konrath
12.  FBI Special Agent Timothy Lauster
13.  Michael London
14.  Rabbi Leonard Matanky
15.  FBI Special Agent Mark Mahoney
16.  Deputy RCFL Director Justin Poirer
17.  FBI Forensic Document Examiner Gabriel Watts
18.  FBI Special Agent Kenneth Wheeler
19.  Tawfiq Alkaramla

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By:　 s/Meghan C. Morrissey
　　　 KARTIK K. RAMAN
　　　 MEGHAN C. MORRISSEY
　　　 Assistant United States Attorneys
　　　 219 South Dearborn Street, Rm. 500
　　　 Chicago, IL  60604
　　　 (312) 353-5300

DATED: July 9, 2010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
) No. 09 CR 271
v. )
) Judge Rebecca Pallmeyer
MOHAMMAD ALKARAMLA )

## CERTIFICATE OF SERVICE

In accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, LR 5.9, and the General

Order on Electronic Case Filing ("ECF"), the undersigned, an Assistant United States Attorney

assigned to this case, hereby certifies that on this day, the foregoing pleading was served upon ECF

filers using the Court's ECF system.

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney

BY:     /s/ KARTIK K. RAMAN
KARTIK K. RAMAN
Assistant United States Attorney
219 South Dearborn Street, Rm. 500
Chicago, IL  60604
(312) 469-6026

3