Case: 1:09-cr-00271 Document #: 78-1 Filed: 09/14/10 Page 1 of 1 PageID #:202

Mohammed Alkaramla
Date: August 27 2010

TO WHOM IT MAY CONCERN
You're Honor;

I, the undersigned, Mohammed Alkaramla, born in Madaba – Jordan on April 6th 1984.
Jordan is mainly a Muslim country, and they are a lot of Christians in Jordan, the city I grow up in has a very high percentage of Christians and it is well known in Jordan. We always lived in harmony and never had any frictions regarding religious issues.
I came to the USA in 2000 and joint my father, Tawfiq Alkaramla when I was 15 years old, my father brought me here for a better education and a better life. At the time I lived with him
At: Rot 94, SALISBURY MILLS, NY 12577
I lived with my dad and my sister Noel and my stepmom Debra Napoli. And her mom, brother and his son Antony.
I continuo my study in Washington Ville High School about one year After that my dad and my stepmom were arguing too much and they was going throw divorcee. During that time my dad went to Jordan for a vacation during which there was a fire at home and I called my dad to come back to the USA, after he came we all moved
To: 850 MAIN ST. STROUDSBURG PA 18360.
We lived there for 6th month, and my dad's situation with my step mom went from bad to worse and they separated and they went back to NY, my dad and I came to Chicago. After that my dad and stepmom and my sister they went away from each other we lived
At: 6835 N. SHERIDAN ROAD CHICAGO IL 60626,
We lived at that address for a year. Then we moved to another address
At: 2755 GLENLAKE AV 4B, CHICAGO, IL 60659.
Then we moved again
To: 6029 N. ARTESIAN # 2  CHICAGO IL 60659
We lived in that area since 01/01/2003 to date.