

I continued my High school education at Mather high school after that I went to Wright College for 7th month and I didn't do well at the course and it was too difficult for me. Then I went to ITT Technical Institute College I register for computer engineer I study about 9th month and I didn't do well at the course and it was too difficult for me. I transferred to another (net work engineer) I stayed college until I finished and on March 8th 2009 I graduated, the 2nd day I was arrested over this case.

During my study I got engaged to my cousin NUOR, we know each other since the age of 14. Our families arranged for our marriage and I went to Jordan and within one month I got married her on 10/24/2007 and few months later she got pregnant.

I left Jordan I came back to Chicago apply immigration paper for my wife, hoping that she will get her visa before the baby is born. But the immigration papers took too long. My son born in Jordan I was happy and worried about him I named him an American name ADAM. My wife had her visa and came with my son to the USA on: 12/20/2008.

Since she came my life completely changed to the worse ,every day we argue only over my son before she spend one week in America she start to threaten me to take my son back to Jordan. I couldn't handle that I started to stay outside away from her; she was very hard to handle or even talk to her. I was going home for the seek of seeing my son.

At that time there was a war in the middle east, Gaza-Israeli war, I don't know about anything what's going on over there all what I was thinking of was my son and the fear of his mom taking him to the country has war, I started to think of how to protect my son from the war or from my wife, I tried to take full custody of my son from my wife and I was given a temporary custody

Before FBI searching my home 3 days she decides to go back to Jordan with my son Adam.

After searching the home 2weeks I went with my wife and my son to Jordan to her father house I did speak to her father about my problem with my wife. I stay 3 days and I came back to Chicago by my self