

After two weeks on  march.8th.2009 I did graduated 2nd day in the morning I got arrested over that case and I was under home arrest. Your honor we all human been and we all make mistakes maybe I couldn't know how big my mistake was but things happened. Never again going too happened. Your honor. I believe justice in America also I am hoping you understand what was my mistake doesn't have any further meaning. Hatred or other  things get worse then it really was.

I hope you understand situation I went through. I love my parents deeply and my son and don't want to leave them because I take care of my parents a lot with bills and I have to pay off my school loans **that** I have left.

I learn from my mistake please let me go back to raise my son Please don't let me lose my life over stooped mistake I will keep my life straight looking for to raise my son in good way I love America and I wouldn't change this country for anything. God bless you and bless America

*Mohammed alKaramla*