# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| | |
|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

## FINAL JUDGMENT

September 25, 2017

Before:
FRANK H. EASTERBROOK, Circuit Judge
ILANA DIAMOND ROVNER, Circuit Judge
DIANE S. SYKES, Circuit Judge

| | |
|---|---|
| No. 16-2191 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>MOHAMMAD ALKARAMLA,<br>Defendant<br><br>APPEAL OF: PHILIP L. BERNSTEIN |

| **Originating Case Information:** |
|---|
| District Court No: 1:09-cr-00271-1<br>Northern District of Illinois, Eastern Division<br>District Judge Rebecca R. Pallmeyer |

We therefore **VACATE** the district court's order and **REMAND** with instructions to dismiss Bernstein's motion for lack of subject-matter jurisdiction. The above is in accordance with the decision of this court entered on this date. Costs are awarded to the government.

form name: **c7_FinalJudgment**(form ID: **132**)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit