

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**NOTICE OF RECORD RETURN**

October 20, 2017

**FILED**

OCT 20 2017 Le

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

To:      Thomas G. Bruton
         UNITED STATES DISTRICT COURT
         Northern District of Illinois
         Chicago , IL 60604-0000

|  |  |
|---|---|
| No. 16-2191 | UNITED STATES OF AMERICA,<br> Plaintiff - Appellee<br><br>v.<br><br>MOHAMMAD ALKARAMLA,<br> Defendant<br><br>APPEAL OF: PHILIP L. BERNSTEIN |

| **Originating Case Information:** |
|---|
| District Court No: 1:09-cr-00271-1<br>Northern District of Illinois, Eastern Division<br>District Judge Rebecca R. Pallmeyer |

The mandate or agency closing letter in this cause issued on October 17, 2017.
Returned herewith is the record which was transmitted to this court.

RECORD ON APPEAL STATUS:          Entire record returned consisting of

Sealed Envelopes:                              1

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                    **Received by:**

_10-20-2017_                    _Lakh C. Willer_

form name: **c7_Record_Return_toDC**(form ID: **205**)