**FILED**

JUL 2 0 2018

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

To whom it may concern

I am Mohammed Alkaramla would like to inform you that my wrist and arm has been broken

On 07.08.2018 from falling off the ladder while working and I would need 4 to 6 months for my arm to heal and I Will not be working in that time frame , I will try my best effort to make my monthly payment as much as I can .

If you have any question pleas feel free to contact me at anytime at :

(773)717-4647

6029 N artesian ave apt.2

Chicago IL , 60659


Thank You for understanding


_____ 07.16.2018

# AFTER VISIT SUMMARY

**Mohammad Alkaramla** MRN: 5079436    📅 7/8/2018   📍 Presence SFH Emergency Department 847-316-2440

## Instructions



**Your medications have changed**

➡ START taking:
**acetaminophen** (TYLENOL)
**HYDROcodone-acetaminophen** (NORCO)

**Review your updated medication list below.**



**Pick up these medications from any pharmacy with your printed prescription**
acetaminophen • HYDROcodone-acetaminophen



**Call David Saper, MD in 2 days (around 7/10/2018)**
Why: For followup of ER visit
Specialty: Orthopedic Surgery
Contact: 5616 N Western Ave
Chicago IL 60659
773-878-6233

## Today's Visit

You were seen by Michael Slater, MD

**Reason for Visit**

Arm Injury

**Diagnoses**

- Broken wrist
- Fall from ladder
- Broken arm

### ⚗ Lab Tests Completed

Alcohol, Blood
CBC Complete Blood Count & Diff
Comprehensive Metabolic Panel
PT/INR
PTT
Type & Screen

### 🏥 Imaging Tests

CT CERVICAL SPINE WO CONTRAST
CT HEAD WO CONTRAST
XR CHEST SINGLE VIEW
XR KNEE RIGHT 3 VIEWS
XR PELVIS 1-2 VIEWS
XR SHOULDER RIGHT 2+ VIEWS
XR WRIST RIGHT 3+ VIEWS performed 2 times